# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2475

_____

HEATHER CAUTHEN ZETROUER,
Former Wife,

Appellant,

v.

DEAN ZETROUER, Former
Husband,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Robert K. Groeb, Judge.

November 21, 2018


PER CURIAM.

DISMISSED.

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Angela C. Flowers of Kubicki Draper, P.A., Ocala, for Appellant.

No appearance for Appellee.